# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL MARQUEZ, et al., <br>     Plaintiffs, <br> v. <br> CITY OF SAN LEANDRO, et al., <br>     Defendants. | Case No. 17-cv-01015-DMR <br><br> **ORDER TO SHOW CAUSE** |

Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint on March 13, 2018. [Docket No. 44]. Currently, the motion is set for a court hearing on May 10, 2018. Plaintiffs Mitchell Marquez and Christian Marquez are pursuing this action without legal representation. According to the local court rules, Plaintiffs should have filed any brief in opposition to Defendants' motion by March 27, 2018. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

<u>The court ORDERS Plaintiffs to respond by **April 9, 2018** and explain their failure to respond to the motion. In addition, Plaintiffs must simultaneously (1) submit their opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiffs' late submission. If Plaintiffs do not respond by April 9, 2018, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendants shall file a reply, if any, to Plaintiffs' opposition no later than April 16, 2018.

**IT IS SO ORDERED.**

Dated: March 30, 2018



_____
Judge Donna M. Ryu
United States Magistrate Judge